Submitted on record and briefs February 7, vacated in part; otherwise affirmed March 8, 2000

KEVIN ANDERSON,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(96-01-27767M; CA A106495)

998 P2d 742

Bob Pangburn filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and David F. Coursen, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

Judgment imposing expenses and compensation for court-appointed attorney vacated. *Alexander v. Johnson,* 164 Or App 235, 990 P2d 929 (1999); otherwise affirmed.